UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGAR SIMONYAN,<br><br>Defendant. | Case No.: 21-CR-2659-BAS<br><br>ORDER OF RESTITUTION |
|---|---|

IT IS HEREBY ORDERED:

    1.    Pursuant to 18 U.S.C. §3663A, Defendant MARGAR SIMONYAN shall pay restitution in the amount of **$11,810.00** as a result of his conviction for conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2). Restitution shall be payable to the victims of the offense, as follows:

| | |
|---|---|
| **Union Bank**<br>1101 W. Washington St., 2nd Floor<br>Tempe, AZ 85288<br>ATTN: EFM Resolutions Dept.<br><br>c/o Milwaukee Wholesale Lockbox<br>PO Box 650<br>Milwaukee, WI 53278 | $5,320.00 |

| | |
|---|---|
| **Wells Fargo**<br>Contact Jennifer Clarke-Williams<br>Financial Crimes Investigations<br>PO Box 912038<br>Denver, CO 80291-2038 | $5,190.00 |
| **U.S. Bank**<br>Contact Fraud Restitution<br>FG-ND-S2PS<br>PO Box 6355<br>Fargo, ND 58125 | $1,300.00 |
| Total | **$11,810.00** |

2. Pursuant to 18 U.S.C. §3664(i), the distribution to non-government victims shall be made *pro rata*.

3. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. Upon release from custody, the defendant shall pay restitution at the rate of $ 200.00 per month, subject to modification upon further agreement of the parties or order of the court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

6. The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7. The Court has determined that the defendant does not have the ability to pay interest. It is ordered that the interest requirement is waived.

8. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution no later than thirty days after the change occurs.

9. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.

IT IS SO ORDERED.

DATED: 6/22/22

Hon. Cynthia Bashant
United States District Court